U. S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA
CIVIL MINUTES - GENERAL

CASE NO.: 3:09-CV-197

STYLE: Regions Bank v. Glove Factory Land Holdings, LLC et al

PRESENT: Honorable Harry S. Mattice, Jr. (U. S. District Judge) U. S. Magistrate Judge

Attorney(s) for Plaintiff(s): Erich Durlacher and Michael Hall

Attorney(s) for Defendant(s): —

Deputy Clerk: Pam Scott        Court Reporter: Shannon Andrews

Recorded: _____ Tape # _____

PROCEEDINGS: Htg held before USDJ Harry S. Mattice, Jr. regarding the Emergency Motion for Appointment of Receiver; Atty Durlacher advises the matter has been resolved and Consent Order appointing Receiver submitted to the Court; Court DENIES AS MOOT the deft's motion to continue htg given the Consent Order submitted;

also, present in the courtroom from Regions Bank: Don Bius, Todd Jackovich, and Bill Teegarden;

Time: 9:01 to 9:09        Date: 5-21-09

Case 3:09-cv-00197   Document 22   Filed 05/21/09   Page 1 of 1   PageID #: 581